# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOSE ORTIZ,

        Plaintiff,

v.                                                             Case No:   6:22-cv-240-GAP-DCI

WASTE PRO OF FLORIDA, INC.,

        Defendant

-------------------------

# ORDER

This cause comes before the Court on the Joint Motion for Approval of Offer of Judgment (Doc. 20) filed May 17, 2022.

On July 12, 2022, the United States Magistrate Judge issued a report (Doc. 24) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    Plaintiff's acceptance of Defendant's Offer of Judgment is **APPROVED**, and the Joint Motion for Approval of Offer of Judgment (Doc. 20) is **GRANTED**.   This case is **DISMISSED** with prejudice.

3.   If the parties reach an agreement as to attorneys' fees and costs, a motion for fees and costs need not be filed with the court.   If the parties cannot reach an agreement as to attorneys' fees and costs, Plaintiff must file his motion for fees and costs by September 2, 2022.

4.   The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 27, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party