# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOSE ORTIZ,

    Plaintiff,

v.                                      Case No:   6:22-cv-240-GAP-DCI

WASTE PRO OF FLORIDA, INC.,

    Defendant.

## ORDER

This cause comes before the Court on Plaintiff's Unopposed Motion for Entitlement to Attorney Fees (Doc. 30) filed October 11, 2022.

On October 27, 2022, the United States Magistrate Judge issued a report (Doc. 33) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Unopposed Motion for Entitlement to Attorney Fees is **GRANTED**. The Court finds Plaintiff is entitled to attorney fees and costs under § 216(b) as the prevailing party.

3. Plaintiff shall file a supplemental motion for amount of the fees and costs by December 29, 2022.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 14, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party